UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| KEN AND CINDY GUINN,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CMH MANUFACTURING WEST, INC., dba MARLETTE HOMES, and DOES 1 to 10,<br><br>　　　　Defendant. | Case No. 2:22-cv-00814<br><br>**NOTICE OF SETTLEMENT** |

**TO:**　　All parties and counsel of record

**AND TO:**　　Clerk of the Court

　　NOTICE IS HEREBY GIVEN that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed with consent of all parties.

/ /
/ /

Notice of Settlement - 1

**CTM Legal Group**
705 2nd Ave., Suite 1300
Seattle, WA 98104
Phone: (206) 268-9500  Fax: (206) 962-5830

Date: <u>January 11, 2023</u>

                                              <u>/s/ Matthew R. Brady</u>
                                              Matthew R. Brady, WSBA #27245
                                              CTM Legal Group
                                              705 2nd Ave., Suite 1300
                                              Seattle, WA 98104
                                              P 206-268-9500, Fax 206-962-5830
                                              *Attorney for Plaintiffs*